UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARINA JIMENEZ GARCIA**, <br><br> Plaintiff, <br><br> v. <br><br> **POLLY KAISER, ET AL.**, <br><br> Defendants. | Case No.: 4:25-CV-06916-YGR <br><br> **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

The Court hereby **EXTENDS** to **Tuesday, September 2, 2025** the Temporary Restraining Order, for good cause, under Federal Rules of Civil Procedure 65 and 6(a), given that August 31, falls on the Sunday of the Labor Day holiday and September 2nd is the next business day. A formal order on the underlying motion is forthcoming.

**IT IS SO ORDERED**.

Date: August 29, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**