CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARINA JIMENEZ GARCIA,<br><br>  Petitioner,<br><br>  v.<br><br>POLLY KAISER, *et al.*,<br><br>  Respondents. | Case No. 4:25-cv-06916-YGR<br><br>**JOINT STATEMENT REGARDING CASE SCHEDULE AND [~~PROPOSED~~] ORDER** |

1.   The Court's preliminary injunction order (ECF No. 22) instructed the parties to meet and confer with respect to a case schedule and file a joint statement by no later than September 8, 2025.

2.   As ordered, the parties have met and conferred and jointly propose the following case schedule:

  Respondents' return: October 28, 2025

  Petitioner's traverse: November 18, 2025

//

//

//

| | | |
|---|---|---|
| 1 | DATED: September 8, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | CRAIG H. MISSAKIAN<br>United States Attorney |
| 4 | | */s/ Jevechius D. Bernardoni\**<br>JEVECHIUS D. BERNARDONI |
| 5 | | Assistant United States Attorney |
| 6 | | Attorneys for Respondents |
| 7 | DATED: September 8, 2025 | */s/ Jordan Weiner*<br>JORDAN WEINER |
| 8 | | LA RAZA CENTRO LEGAL |
| 9 | | Attorney for Petitioner |

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' proposed case schedule is hereby ADOPTED as the ORDER of the Court. Respondents shall file their return on or before October 28, 2025. Petitioner shall file her traverse on or before November 18, 2025.

IT IS SO ORDERED.

DATED: September 22, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge