UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARINA JIMENEZ GARCIA,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**SERGIO ALBARRAN, ET AL.,**<br><br>   Defendants. | Case No.: 4:25-cv-06916-YGR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; STAYING CASE**<br><br>Re: Dkt. No. 35 |

On February 10, 2026, this Court issued an order to show cause why defendants and Officer Thomas Auer should not be he held in civil contempt for violating court orders by moving to dismiss plaintiff's removal proceedings and instituting expedited proceedings against her. (Dkt. No. 35.) The Court held a hearing on February 17, 2026. The next day, defendants filed a status report notifying the Court that they have agreed to stay plaintiff's expedited removal proceedings pending resolution of plaintiff's habeas petition in this action and have cancelled her credible fear interview, to be reset at a future date. (Dkt. No. 38.)

Accordingly, the order to show cause at Docket No. 35 is hereby **DISCHARGED**, and this case is **STAYED** pending further order of this Court.

Within twenty-one (21) days of resolution of (1) *Valencia Zapata v. Kaiser*, Case No. 25-7472 (9th Cir.), *on appeal from* Case No. 3:25-cv-07492-RFL (N.D. Cal.) and (2) *Rodriguez Vazquez v. Bostock*, Case No. 25-6842 (9th Cir.), *on appeal from* Case No. 3:25-cv-05240-TMC (W.D. Wash.), the parties **SHALL** meet and confer and submit a joint status report regarding the outcome of those appeals and their impact on the efficient resolution of issues pending in this action.

**IT IS SO ORDERED.**

Dated:   February 25, 2026

                                                                            *[signature]*
                                                                            **YVONNE GONZALEZ ROGERS**
                                                                            **UNITED STATES DISTRICT COURT JUDGE**