**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARINA JIMENEZ GARCIA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SERGIO ALBARRAN, ET AL.,**<br><br>Defendants. | Case No.: 4:25-cv-06916-YGR<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

Given the Court's stay of this action (Dkt. No. 40), it is hereby **ORDERED** that the instant case is **CLOSED** for statistical purposes only.

Nothing contained in this Order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary, any party may initiate them in the same manner as if this Order had not been entered. The parties are reminded to comply with the procedure set forth in Dkt. No. 40 regarding reopening the action following resolution of the appeals listed therein.

**IT IS SO ORDERED.**

Dated:    April 20, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California